IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WILLIAM JENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>M.E. KNOWLES, Warden, et al.,<br><br>    Defendants. | Case No. CIV S-02-2373 JKS P<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

  \_\_\_  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  \_X\_  **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE.** The Court finds that there is no just reason for delay and that this judgment is immediately appealable.

APPROVED:

_/s/ James K. Singleton, Jr._
**JAMES K. SINGLETON, JR.**
United States District Judge

_July 22, 2005_
Date

Jack L. Wagner, Clerk

_____
Clerk

_____
(By) Deputy Clerk

1