# MINUTES OF THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

*Jensen v. Knowles, et al.*
Case No. 2:02-cv-02373 (JKS)

By:            THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:    ORDER FROM CHAMBERS

The Court has received the Judgment and Memorandum from the Ninth Circuit Court of Appeals reversing and remanding the earlier judgment of this Court. Docket No. 62. The Ninth Circuit remanded in order to enable the Court to reconsider whether, as of the date upon which it was filed, Jensen's complaint met the immediate danger exception in 28 U.S.C. § 1915(g). The Court would like supplemental briefing on this issue.

**IT IS THEREFORE ORDERED:**

The parties shall file a supplemental brief addressing this issue on or before December 3, 2007.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: November 1, 2007