# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

*Jensen v. Knowles, et al.*
Case No. 2:02-2373 JKS

By:             THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:    ORDER FROM CHAMBERS

  This case is currently before the Court on remand from the United States Court of Appeals for the Ninth Circuit for further consideration of whether Plaintiff's complaint meets the "imminent danger" exception in 28 U.S.C. § 1915(g).  Plaintiff and the Government have filed supplemental briefing on this point.  Plaintiff now seeks leave to file an additional supplemental brief in response to the Government's brief.  Docket No. 70.  Plaintiff further asks that he be given until April 4, 2008 to file said brief because he is being transferred to another institution.  The Government objects.  Docket No. 71.

  The Court believes responsive briefs may be helpful.  Plaintiff may file a single responsive brief on or before April 4, 2008.  The Government shall be given five days after Plaintiff has filed his response to file a Reply addressing any new issues raised.

  **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: January 15, 2008