IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

        Plaintiff,

vs.

M. E. KNOWLES, et al.,

        Defendants.

Case No. 2:02-cv-02373 JKS P

ORDER

      Defendants have answered the complaint and it is time for this case to move forward. The parties shall confer and Defendants shall submit a joint status report and discovery plan pursuant to Federal Rule of Civil Procedure 26(f). The joint status report and discovery plan are due no later than **August 29, 2008.**[1] Based on the status report and discovery plan the Court will enter a scheduling order to guide this litigation pursuant to Rule 16.

      **IT IS SO ORDERED**.

      Dated this the 29th day of July 2008.

                                        /s/ James K. Singleton, Jr.
                                        **JAMES K. SINGLETON, JR.**
                                        United States District Judge

---

[1] If the parties are unable to come to an agreement they shall each submit a separate status report and discovery plan no later than **August 29, 2008**.

1